MICHAEL B. McGREAL, as Treasurer, etc., Respondent, v. AUSTIN J. FORD, Individually and as Treasurer, etc., and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs, with leave to respondent to renew after thirty days from date of service of order. Counsel should get together to eliminate unnecessary printing. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

A. L. READE & CO., INC., Respondent, v. THE LIBERTY FIRE INSURANCE COMPANY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 27, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of HERMAN N. KARP, INC., Respondent, v. STRATHMORE LEASING CO., INC., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALBERT N. CHAMBERS, Plaintiff, v. ROBERT W. GRANGE and Others, Defendants, RUSSELL SAGE FOUNDATION, Respondent, FORDHAM CORNICE WORKS, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BEVERLY D. HARRIS, Respondent, v. ELEANOR E. L. HARRIS, Appellant.— Motion to dismiss appeal from order denied; motion to dismiss appeal from judgments granted unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HUSQVARNA VAPENFABRIKS AKTIEBOLAG (a Corporation), Respondent, v. R. P. HUSSEY & CO., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZABETH GORMLEY, Appellant, v. THOMAS A. HANNA, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LASH REALTY Co., INC., Appellant, v. WILLIAM E. WALSH and Others, Respondents.— Motions to dismiss appeal denied on payment by appellant of ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIP WOLFENSTEIN, Appellant, v. JESSE SHARP and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HANNAH K. WOLFENSTEIN, Appellant, v. JESSE SHARP and Others, Respondents. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.